**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**TERECE A. NOLEN,**

      **Plaintiff,**

**v.**                                 **Case No.  8:05-cv-1220-T-30MSS**

**PCL CIVIL CONSTRUCTORS, INC.,**

      **Defendant.**

_____/

## ORDER OF DISMISSAL

Before the Court is the Stipulation and Joint Motion for Dismissal With Prejudice

(Dkt. #29).  In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

    1.     Said Motion (Dkt. #29) is GRANTED.

    2.     This cause is dismissed with prejudice.

    3.     All pending motions are denied as moot.

    4.     The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on April 20, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cv-1220.dismissal.wpd